# Hartman hopes to continue progress

## New bridge, sports complex top concerns

Wednesday, March 31, 1999

■ *Editors note: This is the 15th in an ongoing series of articles about candidates seeking election to the Atchison City Commission and USD 409 and USD 377 school boards.*

By MARILYN FONTENOT
AtchisonLIFE

Rita Hartman hasn't finished her job as city commissioner, and that's why she would like to retain her seat.

Mrs. Hartman, manager of Atchison Casting Corp. credit union, wants to ensure a new bridge is constructed in proximity of the existing Amelia Earhart Bridge, and she would like to see Atchison get a community-wide sports complex.



**Rita Hartman,** incumbent.

"Every family is involved in sports in one form or another," she said. "If there's a big family, and everyone is playing a sport on the same day or at the same time, it makes it hard to watch. If we had a sports complex, kids can watch parents and parents can watch kids. It would be great."

There have been many positive changes in Atchison since she's been commissioner, Mrs. Hartman said. An increase in the job force and new businesses coming to town have been big pluses for the economy, she said.

If it weren't for the Shannon Industrial Park and the tax abatement program, she said new businesses wouldn't have been enticed to locate here.

"Because of our teamwork efforts with the Chamber, we put a good package together," she said. "It wasn't too long ago when the Shannon Industrial Park was nothing but a field. Now we have sewer, streets, lights and a water tower. Now we have something to show them."

Improvements at Shannon Industrial Park aren't the only progress Mrs. Hartman said she favors. The Downtown/Riverfront Development District master plan should make a huge impact on the city and surrounding area, she said.

Mrs. Hartman envisions antique shops, restaurants and bookstores lining River Road, with tourists leisurely strolling along the river. She's hopping the town will take off and grow from the development of the area. Along with the downtown revitalization project, development of the riverfront should add to Atchison's assets, she said.

Mrs. Hartman has been involved in city government since 1988. She served nine years on the Park Board, one year on the Planning Commission and was elected to the city commission in 1995. She was appointed vice mayor in 1996 and again in 1997. In 1998, she was named mayor.

"Atchison has seen a lot of progress, but it can see more," Mrs. Hartman said. "I would like to be re-elected to continue with those projects."

Mrs. Hartman said she's a good listener, but she makes sure she gets all sides before she renders an opinion. She answers all phone calls and always tries to answer questions as soon as possible because she considers herself the voice of the citizenry.

"I listen to the people," she said. "There's always two sides to every story, and I listen to both sides drawing from that. I don't let an authority or a single group of people try to make me change my mind or sway my decision."

Please see HARTMAN/Page 7

**DEFENDANT'S EXHIBIT 7**

Sunday, April 4, 1999



# Voters face tough choices

### Ross, Hartman, Murphy my picks for commission



## Write Stuff

BY CHRIS WESSEL

Choosing three of the six candidates running for seats on the Atchison City Commission is an even more difficult task than picking four of the eight vying for slots on the USD 409 Board of Education.

I admire each for throwing their hats in the political ring. It's an avocation that demands the patience of Job.

Little, but the reward of making Atchison a better city, can be obtained from occupying a seat on the city commission. The extra hours of work are demanding when taken seriously, the financial rewards are nil and the risk of alienation for taking a stand can be great.

Still, it can be the most rewarding job to which an Atchisonian can aspire.

With all that being said, I graciously ask for your patience in allowing my input and forgiveness if you don't agree.

My first choice for city commissioner is incumbent Katherine Ross.

I love this woman like a favorite aunt. Yes, I think she's been less than demanding in searching for ways to cut the fat out of city government and sometimes has been too eager to go along with the administration's latest pet project.

Still, the city is riding an unprecedented wave of success and prosperity, and that can't be denied. Mrs. Ross has been instrumental in helping guide the city forward.

She also serves as a voice for those who may feel disenfranchised by city government and has worked to include them and make their lives better.

I like her fire and determination. She's put in the work and effort and she cares. Mrs. Ross deserves another term in office.

Like Mrs. Ross, current Mayor Rita Hartman also has been too lax in looking for ways to save taxpayer dollars. Still, I believe she's a no nonsense leader, who's a dedicated cheerleader and advocate for making Atchison a better place to live.

Mrs. Hartman, my second pick for city commissioner, has served the community well, climbing the ranks of volunteerism in city government to mayor by initially serving on the Park Board.

Atchison is a better place because of Mrs. Hartman. She's talked the talk and walked the walk and deserves your vote.

My third pick for city commissioner is Bill Murphy. While Mr. Murphy and I probably don't see eye-to-eye on many political issues, I respect his opinion and ability to break down an issue to what's most important for the citizens of Atchison.

I believe Mr. Murphy will bring a renewed spirit to the commission and work as an advocate for taxpayers. He's also served his community on several civic organizations that have improved the city.

While I realize I've used up my three votes, that doesn't mean I don't believe that Dennis Beaver, David Deware and John Seetin wouldn't make good city commissioners.

Mr. Beaver has shown a strong desire to be a city leader and has volunteered his efforts to several city projects. In addition to that, he's a genuinely nice guy who can always be counted on in a pinch.

However, all three would be newcomers to city government and might be better served by first serving on one of the city's boards. Those positions provide greater insight into the workings of city government.

Regardless of who you prefer for city commission, don't forget to vote. If you don't vote, you can't gripe. That's one reason why I always vote.

Friday, April 16, 1999



'Week of the Child'

MARY MEYERS/Atchison Life

**Surrounded by NEK Head Start preschoolers, Mayor Rita Hartman signs a proclamation after lunch Tuesday at the Mount Community Center declaring April 18-24 as "The Week of the Child."**

## Atchison City Commission race
# Hartman runs on performance, vision

**By James Baker**
*Staff writer*

Atchison Mayor Rita Hartman is one of the incumbents on the ballot for the April 6th elections, and she is running on a platform of past accomplishments and future plans.

election '99
Atchison city commission

Hartman joined the city commission in 1995, on a platform of job generation and city beautification. During her tenure, the commission has developed the Shannon Industrial Park, as well as formed a five year park renovation plan. Hartman says outside of generating new jobs, making the city's parks suitable for family use was a main priority.

"When I first came on the commission," said Hartman, "The parks here were terrible.



**Rita Hartman**

They were neglected and overgrown, and the playground equipment were the same pieces I had played on as a girl."

Since then both Reisner and LFM parks have received new equipment, and a yearly stipend has been put aside for the continued improvement of the city's parks.

When asked why she wishes to continue on the commission, Hartman says there are several issues that she is currently involved in that she would like to see run their course.

"I am anxious to see how the Downtown/Riverfront project will go," said Hartman, "And I have also been involved in the proposed bridge re-alignment. I think I have done a good job with these issues so far, and my continued presence on the commission will provide continuity."

Hartman also wants to continue expansion at the Shannon Industrial Park, as well as see the end of her original commitment to a five year park renewal plan.

"I feel I've kept my word to the citizens of Atchison," said Hartman, "The town is cleaner and more presentable than five years ago, and the parks are better. If the people agree, I hope they'll show it at the polls."

**Each day this week the Atchison Daily Globe will run candidate profiles for city commission and area board of education races.**

# Citizens should be proud of Atchison's top-notch government

## Charting city's future is vital

April 4, 1995, is an evening I will never forget. I was full of nervousness and anticipation and then it was over – I made it – I won a position on the Atchison City Commission. And I was re-elected in April 1999.

Now came the big question, how can I best serve the taxpayers of Atchison and do the most for Atchison? One of my most important goals was to see Atchison grow and prosper. I also wanted to become mayor.

Now, five years later, I have reached several of those goals with many more that will be worked on. I believe I have the background, the experience, the knowledge and, most of all, the desire to serve the taxpayers. There are needs to be met and changes coming that I want to participate in and be a part of for the benefit of the growth of Atchison. I want strategies and goals that will produce positive results. The City of Atchison works closely with the Atchison Area Chamber of Commerce, and we all have one important thing in common – setting goals and reaching them.



**Rita Hartman**
*Atchison Mayor*

Look at Atchison today compared to before 1995. We are growing with new homes and new businesses. The Shannon Industrial Park is a big asset to this community. We are continuously looking at expansion there.

The Farmers Market is a beautiful asset to the downtown, at no cost to the taxpayers. We got Sears, Radio Shack and Sonic to return to Atchison. Progress was getting the many, many new smaller businesses to open their doors in Atchison.

The parks have taken on a new look the last three years. The commissioners and the Park Board have worked very diligently to make our parks more up-to-date, safe and family oriented.

One of my personal goals was to clean up Atchison, and we all know that has happened. The city has a pretty tight policy now on keeping yards mowed and debris picked up. The city shop crew does well on getting special pickups weekly.

The implementation phase of our comprehensive goals will be a long and, I hope, fruitful time.

Representing the citizens of Atchison in charting the course for our future is vitally important. Atchison should be extremely proud of its top-notch police and fire departments. The street, curb and sidewalk programs are the best around.

# Flower power



MARY MEYERS/Atchison Daily Globe

Debbie McGuire, left, Darlene DuLac, Debbie Sundby and Rita Hartman gather bright posies together for purchase Saturday during a flower sale at the Farmer's Market to benefit Mount St. Scholastica Academy.



MARILYN FONTENOT/Atchison Daily Globe

eborah Gregory, a volunteer for the Amelia Earhart Festival and chairwoman for the Mall committee, picks up her volunteer shirts Tuesday at the Atchison ea Chamber of Commerce, while festival committee members Rita Hartman, Michelle Urban, Tesia Kearney and volunteer chairwoman Ginger nninghake makes Mrs. Gregory gets the right shirts and assignments for the festival.



**Oath of office**

City Clerk Phyllis Walton, left, swears in Dennis Beaver, Bill Murphy and Rita Hartman on Monday as the newly elected city commissioners took office. Mrs. Hartman later was elected by commissioners to serve a second term as mayor.

MARILYN FONTENOT/Atchison Life



**'Week of the Child'**

Surrounded by NEK Head Start preschoolers, Mayor Rita Hartman signs a proclamation after lunch Tuesday at the Mount Community Center declaring April 18-24 as "The Week of the Child."

MARY MEYERS/Atchison Life



Deborah Gregory, a volunteer for the Amelia Earhart Festival and chairwoman for the Mall committee, picks up her volunteer shirts Tuesday at the Atchison Area Chamber of Commerce, while festival committee members Rita Hartman, Michelle Urban, Tesia Kearney and volunteer chairwoman Ginger Enninghake makes Mrs. Gregory gets the right shirts and assignments for the festival.

MARILYN FONTENOT/Atchison Daily Globe



**Flower power**

Debbie McGuire, left, Darlene DuLac, Debbie Sundby and Rita Hartman gather bright posies together for purchase Saturday during a flower sale at the Farmer's Market to benefit Mount St. Scholastica Academy.

MARY MEYERS/Atchison Daily Globe