# CLERK'S COURTROOM MINUTE SHEET

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**RITA HARTMAN,**

    Defendant.

Case No. 2:23-cr-20049-HLT

**Attorneys for Plaintiff:** Ryan Huschka, Michelle McFarlane, & Kathryn Sheedy
**Attorney for Defendant:** Laquisha Ross

| JUDGE: | District Judge Holly L. Teeter | DATE: | 10/8/2025, 10/9/2025, & 10/30/2025 |
|---|---|---|---|
| **CLERK:** | Misty Deaton | **TAPE/REPORTER:** | Kristina Scott |
| **INTERPRETER:** | n/a | **PROBATION:** | Cassidi Lundell |

☒ For Details of Sentence See Judgment and Commitment Order

☒ Restitution Ordered under 18:3663      $ 778,361.78 on count(s)
     $ on count(s)
☒ **Total Restitution:**      **$ 778,361.78**

☐ Defendant Fined      $ on count(s)
     $ on count(s)
☐ **Total Fine:**      $

☒ Defendant Assessed under 18:3013      $ 100.00 on count(s)
     $ on count(s)
☒ **Total Assessment:**      **$ 100.00**

☒ Count(s) <u>all remaining counts</u> dismissed by the Court on the motion of the United States.
☒ Government ☒ Defendant - Advised of right to appeal
☒ Defendant to voluntarily surrender: to BOP custody
☐ Defendant remanded to custody
☐ Stay of Execution    ☐ Granted    ☐ Denied
☒ Notes: On October 8, the Court confirms that Defendant received and reviewed with counsel the Presentence Investigation Report. Doc. 48. The defendant has four objections. The parties present witness testimony, evidence, and oral argument on the objections on October 8 and October 9 as set forth in the full record. On October 30, the Court **OVERRULES** the first and second objections for reasons as set forth in the full record. Defendant requests the Court withdraw the third and fourth objections for reasons as set forth in the full record. The Court **GRANTS** the request. The third and fourth objections are withdrawn.