# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                    Case No. 23-cr-20049-HLT

RITA HARTMAN,

        Defendant.

**GOVERNMENT'S EXHIBIT LIST**

| Ex. No | Description | Off'd | Admitted |
| --- | --- | --- | --- |
| 2007-01 RHJH images | Deposit Slips | X | X |
| 2007-01 RHJH | Statement | X | X |
| 2007-02 RHJH | Statement | X | X |
| 2007-04 RHJH images | Deposit Slips | X | X |
| 2007-04 RHJH | Statement | X | X |
| 2007-07 RHJH images | Deposit Slips | X | X |
| 2007-07 RHJH | Statement | X | X |
| 2007-08 RHJH images | Deposit Slips | X | X |
| 2007-08 RHJH | Statement | X | X |
| 2007-09 RHJH | Statement | X | X |
| 2007-10 RHJH images | Deposit Slips | X | X |
| 2007-10 RHJH | Statement | X | X |
| 2007-11 RHJH images | Deposit Slips | X | X |
| 2007-11 RHJH | Statement | X | X |
| 2007-12 RHJH images | Deposit Slips | X | X |
| 2007-12 RHJH | Statement | X | X |
| 2008-02 RHJH images | Deposit Slips | X | X |
| 2008-02 RHJH | Statement | X | X |
| 2008-04 RHJH images | Deposit Slips | X | X |
| 2008-04 RHJH | Statement | X | X |
| 2008-06 RHJH images | Deposit Slips | X | X |
| 2008-06 RHJH | Statement | X | X |
| 2008-07 RHJH images | Deposit Slips | X | X |
| 2008-07 RHJH | Statement | X | X |
| 2008-08 RHJH images | Deposit Slips | X | X |
| 2008-08 RHJH | Statement | X | X |
| 2008-09 RHJH images | Deposit Slips | X | X |
| 2008-09 RHJH | Statement | X | X |
| 2008-10 RHJH images | Deposit Slips | X | X |

| Ex. No | Description | Off'd | Admitted |
|---|---|---|---|
| 2008-10 RHJH | Statement | X | X |
| 2008-11 RHJH images | Deposit Slips | X | X |
| 2008-11 RHJH | Statement | X | X |
| 2008-12 RHJH images | Deposit Slips | X | X |
| 2008-12 RHJH | Statement | X | X |
| 2009-02 RHJH images | Deposit Slips | X | X |
| 2009-02 RHJH | Statement | X | X |
| 2009-03 RHJH images | Deposit Slips | X | X |
| 2009-03 RHJH | Statement | X | X |
| 2009-04 RHJH images | Deposit Slips | X | X |
| 2009-04 RHJH | Statement | X | X |
| 2009-05 RHJH images | Deposit Slips | X | X |
| 2009-05 RHJH | Statement | X | X |
| 2009-06 RHJH images | Deposit Slips | X | X |
| 2009-06 RHJH | Statement | X | X |
| 2009-07 RHJH images | Deposit Slips | X | X |
| 2009-07 RHJH | Statement | X | X |
| 2009-08 RHJH images | Deposit Slips | X | X |
| 2009-08 RHJH | Statement | X | X |
| 2009-09 RHJH images | Deposit Slips | X | X |
| 2009-09 RHJH | Statement | X | X |
| 2009-10 RHJH images | Deposit Slips | X | X |
| 2009-10 RHJH | Statement | X | X |
| 2009-11 RHJH images | Deposit Slips | X | X |
| 2009-11 RHJH | Statement | X | X |
| 2010-01 RHJH | Statement | X | X |
| 2010-01 RHJH images | Deposit Slips | X | X |
| 2010-02 RHJH | Statement | X | X |
| 2010-02 RHJH images | Deposit Slips | X | X |
| 2010-03 RHJH images | Deposit Slips | X | X |
| 2010-03 RHJH | Statement | X | X |
| 2010-05 RHJH images | Deposit Slips | X | X |
| 2010-05 RHJH | Statement | X | X |
| 2010-06 RHJH images | Deposit Slips | X | X |
| 2010-06 RHJH | Statement | X | X |
| 2010-07 RHJH images | Deposit Slips | X | X |
| 2010-07 RHJH | Statement | X | X |
| 2010-08 RHJH images | Deposit Slips | X | X |
| 2010-08 RHJH | Statement | X | X |
| 2010-09 RHJH images | Deposit Slips | X | X |
| 2010-09 RHJH | Statement | X | X |
| 2010-10 RHJH images | Deposit Slips | X | X |
| 2010-10 RHJH | Statement | X | X |
| 2010-12 RHJH images | Deposit Slips | X | X |

| Ex. No | Description | Off'd | Admitted |
|---|---|---|---|
| 2010-12 RHJH | Statement | X | X |
| 2011-03 RHJH images | Deposit Slips | X | X |
| 2011-03 RHJH | Statement | X | X |
| 2011-04 RHJH images | Deposit Slips | X | X |
| 2011-04 RHJH | Statement | X | X |
| 2011-04  Image | Deposit Slips | X | X |
| 2011-04 RHJH | Statement | X | X |
| 2011-09 RHJH images | Deposit Slips | X | X |
| 2011-09 RHJH | Statement | X | X |
| 2011-10 RHJH images | Deposit Slips | X | X |
| 2011-10 RHJH | Statement | X | X |
| 2012-04 RHJH images | Deposit Slips | X | X |
| 2012-04 RHJH | Statements | X | X |
| 2012-08 RHJH images | Deposit Slips | X | X |
| 2012-08 RHJH | Statements | X | X |
| 2013-10 RHJH images | Deposit Slips | X | X |
| 2013-10 RHJH | Statement | X | X |
| 2013-12 RHJH images | Deposit Slips | X | X |
| 2013-12 RHJH | Statement | X | X |
| 2014-01 RHJH images | Deposit Slips | X | X |
| 2014-01 RHJH | Statement | X | X |
| 2014-02 RHJH images | Deposit Slips | X | X |
| 2014-02 RHJH | Statement | X | X |
| 2014-03 RHJH images | Deposit Slips | X | X |
| 2014-03 RHJH | Statement | X | X |
| 2014-05 MH images | Deposit Slips | X | X |
| 2014-05 MH | Statement | X | X |
| 2014-05 RHJH images | Deposit Slips | X | X |
| 2014-05 RHJH | Statement | X | X |
| 2014-06 RHJH images | Deposit Slips | X | X |
| 2014-06 RHJH | Statement | X | X |
| 2014-07 RHJH images | Deposit Slips | X | X |
| 2014-07 RHJH | Statement | X | X |
| 2014-08 RHJH | Statement | X | X |
| 2014-09 RHJH | Statement | X | X |
| 2014-10 RHJH images | Deposit Slips | X | X |
| 2014-10 RHJH | Statement | X | X |
| 2014-11 RHJH | Statement | X | X |
| 2014-05 RHJH images | Deposit Slips | X | X |
| 2014-05 RHJH | Statement | X | X |
| 2015-01 RHJH images | Deposit Slips | X | X |
| 2015-01 RHJH | Statement | X | X |
| 2015-07 RHJH images | Deposit Slips | X | X |
| 2015-07 RHJH | Statement | X | X |

| Ex. No | Description | Off'd | Admitted |
|---|---|---|---|
| 2015-08 RHJH images | Deposit Slips | X | X |
| 2015-08 RHJH | Statement | X | X |
| 2015-12 RHJH | Statement | X | X |
| 2016-02 RHJH images | Deposit Slips | X | X |
| 2015-02 RHJH | Statement | X | X |
| 2016-09 RHJH images | Deposit Slips | X | X |
| 2016-09 RHJH | Statement | X | X |
| 2016-10 RHJH images | Deposit Slips | X | X |
| 2016-10 RHJH | Statement | X | X |
| 2016-11 RHJH images | Deposit Slips | X | X |
| 2016-11 RHJH | Statement | X | X |
| 2016-12 MW images | Deposit Slips | X | X |
| 2016-12 MW | Statement | X | X |
| 2016-12 RHJH | Statement | X | X |
| 2018-09 RHJH Image | Deposit Slips | X | X |
| 2018-09 RHJH | Statement | X | X |
| H-Supp | Muddy River Credit Union Deposit Transaction Analysis | X | X |
| H | Muddy River Credit Union Deposit Transaction Analysis | X | X |
| H-1 | Demand Statement for Account 9060 | X | X |
| H-2 | Demand Statement for Account 9060 | X | X |
| H-3 | Demand Statement for Account 2333 | X | X |
| H-4 | Demand Statement for Account 2333 | X | X |
| H-5 | Demand Statement for Account 2333 | X | X |
| H-6 | Demand Statement for Account 20261 | X | X |
| H-7 | Demand Statement for Account 20261 | X | X |
| H-8 | Demand Statement for Account 20261 | X | X |
| H-9 | Demand Statement for Account 20261 | X | X |
| H-10 | Demand Statement for Account 2627 | X | X |
| H-11 | Demand Statement for Account 2627 | X | X |
| H-12 | Demand Statement for Account 2627 | X | X |
| C | Muddy River Credit Union Cash On Hand Discrepancy | X | X |
| I | Muddy River Loan Payments by Check | X | X |
| D | | X | X |
| 1CB | Citibank | X | X |
| 2CB | Citibank | X | X |
| 3CB | Citibank | X | X |