IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                    Case No. 2:23CR20049-001-HLT

RITA HARTMAN,

        Defendant.

## MOTION FOR ORDER DIRECTING THE PENSION BENEFIT GUARANTY CORPORATION TO TURN OVER DEFENDANT'S PENSION PAYMENTS

Plaintiff, United States of America, by and through Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney, moves the Court for an order directing The Pension Benefit Guaranty Corporation to turn over Defendant Rita Hartman's monthly pension payments to the Clerk of Court for application to the Defendant Rita Hartman's criminal monetary penalties during her term of incarceration.

In support of its motion, the United States advises the Court of the following:

1. On October 30, 2025, Defendant Rita Hartman was adjudicated guilty of False Entries in Federal Credit Institution Records in violation of 18 U.S.C. § 1006. The Court sentenced Defendant Rita Hartman to imprisonment for a term of 63 months; supervised release for a term of 2 years, an assessment of $100, and restitution of $778,361.78. Doc. 55.

2. The Court's Judgment, Doc 55, provided the following special instructions regarding the payment of criminal monetary penalties:

| F | ☒ | Special instructions regarding the payment of criminal monetary penalties: The defendant's PBGC pension payments are to be turned over to the Clerk of the Court for application to the defendant's restitution during her term of imprisonment. |
|---|---|---|

3.   Payment of Defendant Rita Hartman's pension directly from The Pension Benefit Guaranty Corporation to the Clerk of Court will ensure the funds are turned over in a timely manner.

4.   The United States will provide The Pension Benefit Guaranty Corporation with timely notice of Defendant Rita Hartman's beginning and ending dates of incarceration.

WHEREFORE, the United States moves the Court for an Order directing The Pension Benefit Guaranty Corporation to turn over Defendant Rita Hartman's pension payments to the Clerk of Court for application to Defendant Rita Hartman's criminal monetary penalties during her term of imprisonment.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas, 66683-3592
PH:  785-295-2850
FX:  785-295-2658
E-mail: kathryn.sheedy@usdoj.gov
Attorneys for the Plaintiff United States

CERTIFICATE OF SERVICE

      I certify that on November 17, 2025, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice to all parties receiving notices electronically.

      I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants:

Rita Hartman
Atchison, KS 66002

                                              s/ Kathryn E. Sheedy
                                              KATHRYN E. SHEEDY
                                              Assistant United States Attorney