RESPONSE TO INMATE REQUEST TO STAFF MEMBER
Hartman, Rita
Reg. No. 77128-510

You requested a Reduction in Sentence (RIS) based on extraordinary and compelling circumstances. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

Upon review of all information, a reduction in sentence would minimize the severity of your offense. Your request for a motion under 18 U.S.C. 3582(c)(1)(A) for Compassionate Release is denied.

Greg Rosenberg, Warden — 7/12/21
Date

Received July 14, 2026

## Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 02463033

Dept. of Justice / Federal Bureau of Prisons

Team Date: 07-23-2026

Plan is for inmate: HARTMAN, RITA 77128-510

| | | | |
|---|---|---|---|
| Facility: | PEK PEKIN FCI | Proj. Rel. Date: | 03-22-2030 |
| Name: | HARTMAN, RITA | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 77128-510 | DNA Status: | PREBOP TST / 11-17-2025 |
| Age: | 71 | | |
| Date of Birth: | [redacted] | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Inmate Photo ID Status

Drivers License, Current - Expiration: 10-25-2026

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PEK | FPC CHAPLN | FPC CHAPEL ORDERLY | 05-18-2026 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PEK | ESL HAS | ENGLISH PROFICIENT | 12-30-2025 |
| PEK | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-30-2025 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PEK SCP | C | ACE-LEISURE-ADV CERAMICS CAMP | 05-09-2026 | 06-27-2026 |
| PEK SCP | C | ACE-LEISURE-MUSIC ORIENT CAMP | 05-27-2026 | 06-10-2026 |
| PEK SCP | C | PLANET EARTH I | 04-22-2026 | 05-20-2026 |
| PEK SCP | C | HORTICULTURE | 04-20-2026 | 05-18-2026 |
| PEK SCP | C | ACE-LEISURE-BEG CERAMICS CAMP | 04-04-2026 | 05-02-2026 |
| PEK SCP | C | ACE-FPC CUSTOMER SERVICE | 02-23-2026 | 04-02-2026 |
| PEK SCP | C | ACE-LEISURE- PRE CERAMICS CAMP | 03-14-2026 | 04-01-2026 |

Over for other Completed Classes

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-30-2025 |
| CARE2 | STABLE, CHRONIC CARE | 01-09-2026 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 01-16-2026 |
| NO F/S | NO FOOD SERVICE WORK | 01-09-2026 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-09-2026 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 01-09-2026 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **PART** **FINANC RESP-PARTICIPATES** **Start: 01-28-2026**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**

Payments past 6 months: **$50.00** Obligation Balance: **$778,411.78**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $50.00 | IMMEDIATE | AGREED |

Sign Language I July 13, 2026
Meditation & Mindfulness July 13, 2026
ACE Assert yourself July 27, 2026
ACE Women's Aging well Aug. 20, 2026

Currently EnRolled IN
Sign Language II
Birds of Illinois

Completed 12 Bible Studys
and Am teaching a 6 week Bible Study

# Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 02463033

Dept. of Justice / Federal Bureau of Prisons

Team Date: 07-23-2026

Plan is for inmate: HARTMAN, RITA 77128-510

## Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST FV | $778,361.78 | $778,361.78 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 06-06-2026 | PEK | PAYMENT | INSIDE PMT | $25.00 |
| | 03-07-2026 | PEK | PAYMENT | INSIDE PMT | $25.00 |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**

Trust Fund Deposits - Past 6 months: $0.00 Payments commensurate ? Y

New Payment Plan: ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 01-28-2026 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-28-2026 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 07-21-2026 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 07-21-2026 |
| N-COGNTV N | NEED - COGNITIONS NO | 07-21-2026 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 12-30-2025 |
| N-EDUC N | NEED - EDUCATION NO | 07-21-2026 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 07-21-2026 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 07-21-2026 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 07-21-2026 |
| N-MEDICL Y | NEED - MEDICAL YES | 07-21-2026 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 07-21-2026 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 07-21-2026 |
| N-TRAUMA N | NEED - TRAUMA NO | 07-21-2026 |
| N-WORK Y | NEED - WORK YES | 07-21-2026 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 07-21-2026 |

**Progress since last review**

She has maintained clear conduct since her arrival. She has maintained a good rapport with staff and peers. She is assigned as a chapel orderly and receives good work evaluations. She has made her payments towards her financial obligation to the courts through the Financial Responsibility Program. She has completed the ACE classes listed above. She has participated in and completed National Parenting. Currently, she is enrolled and is participating in Assert Yourself, Aging Well and Foundation Walk. She is on the waiting list for programming.

**Next Program Review Goals**

Maintain clear conduct. Maintain a good rapport with staff and peers. Enroll in classes of interest and classes that fall under the areas of your assessed needs. Maintain clear conduct. Maintain good work reports if assigned a job. Make all payments towards your financial obligations to the courts through the Financial Responsibility Program. Enroll in Brain Health. No education need. No Dyslexia need, Has a work need. No VT available at the FPC, even though under previous management MSSC was available at the FPC. Advised to take 2 ACE classes that interest her.

**Long Term Goals**

Stay in contact with family and friends via video visiting, phone and email. Save money for release purposes. Discuss release planning with your Case Manager. Keep Case Manager informed of emergency and release contact changes.

**RRC/HC Placement**

**Comments**

Eligible for the First Step Act with a Minimum Pattern score.

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:77128-510, Last Name:HARTMAN

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number: 77128-510 | Risk Level Inmate....: R-MIN |
| Inmate Name | General Level......: R-MIN (-19) |
| Last.........: HARTMAN | Violent Level......: R-MIN (-7) |
| First........: RITA | Security Level Inmate: MINIMUM |
| Middle.......: | Security Level Facl..: MINIMUM |
| Suffix.......: | Responsible Facility.: PEK |
| Gender.........: FEMALE | Start Incarceration..: 12/17/2025 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 71 | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoNeed | -9 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 3 | -4 | -2 |
| Work Programs | 0 | 0 | 0 |
| | Total | -19 | -7 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 3

General Score: -4, Violent Score: -2

Risk Item Data

| Category | - Assignment | - Start | - Stop |
|---|---|---|---|
| EDC | FPC CUSTSV | 02/23/2026 17:30 | 02/23/2026 17:30 |
| EDC | HORTICULT | 04/20/2026 17:30 | 04/20/2026 17:30 |
| EDC | PLANEARTH1 | 04/22/2026 17:30 | 04/22/2026 17:30 |

---

Item: Work Programs, Value: 0

General Score: 0, Violent Score: 0

Risk Item Data

No Data

# FSA Time Credit Assessment

Register Number:77128-510, Last Name:HARTMAN

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------

All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 07-16-2026. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.

---

Projected Release Date: 06-05-2030
Projected Release Method: GCT REL
FSA Projected Release Date: 03-22-2030
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 06-05-2029 *
SCA Recommended Placement Days (Following 5 Factor Review): 0*
SCA Recommended Placement Date: N/A*
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182*
FSA Conditional Placement Days: 150 *
FSA Conditional Placement Date: 01-06-2029 *
Conditional Transition To Community Date: 01-06-2029*
Max. Statutory HC Placement Date (if approp.): 07-08-2028* ~ ✓
Recommended HC Placement Date (if approp.): 01-06-2029*

***Default SCA conditional placement days. This requires a 5 Factor Review!**

1-6-2028 Not guantee.